

# NUMBER 13-18-00484-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MARK A. BRICKER, MAYOR;
JULIE ESTLINBAUM, COUNCILWOMAN,
POSITION 1; BILL CORNMAN,
COUNCILMAN, POSITION 2; AND
CITY OF BAY CITY, TEXAS                                        Appellants,

v.

ROBERT NEAL HEAD,                                              Appellee.

### On appeal from the 23rd District Court
### of Matagorda County, Texas.

# ORDER

### Before Justices Benavides, Hinojosa, and Perkes
### Order Per Curiam

Appellee filed suit challenging the validity of section 4.01 of the Bay City Charter

and alleging ultra vires conduct by city officials.  The city and its officials seek interlocutory

review of an order denying their plea to the jurisdiction.  Since briefing was completed in this case, the city passed Ordinance No. 1628, which amended section 4.01 by striking the very language appellee complained was invalid.  *See* TEX. R. EVID. 204(a), (b)(1) (a court make take judicial notice of municipal ordinances on its own); *Amarillo v. R.R. Comm'n of Tex.*, 511 S.W.3d 787, 794 (Tex. App.—El Paso 2016, no pet.) (taking notice of city ordinances).

The Court hereby abates this appeal and requests supplemental briefing from the parties on whether any of appellee's claims have become moot during the pendency of this appeal.  *See Tex. Ass'n of Bus. v. Tex. Air. Control Bd.*, 852 S.W.2d 440, 445–46 (Tex. 1993) (an appellate court may consider its subject matter jurisdiction *sua sponte*); TEX. R. APP. P. 38.7 ("A brief may be amended or supplemented whenever justice requires, on whatever terms the court may prescribe.").  Appellants' supplemental brief shall be filed within twenty days from the date of this order.  Appellee's supplemental brief shall be filed fourteen days thereafter.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
17th day of June, 2019.